UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
2004 APR -1  P 6: 02
U.S. DISTRICT COURT
BRIDGEPORT, CONN

EASTERN EQUIPMENT SALES, INC.

v.

3:01CV350 (AHN)

CASE CORPORATION

## JUDGMENT

This matter came on before the Honorable Alan H. Nevas, Senior United States District Judge, as a result of defendant's motion for summary judgment.

The Court has reviewed all of the papers filed in conjunction with the motion and on March 30, 2004, a Ruling on Defendant's Motion for Summary Judgment was entered by the Court granting defendant's motion.

Therefore, it is ORDERED and ADJUDGED that judgment is entered for the defendant and the case is closed.

Dated at Bridgeport, Connecticut, this 1st day of April, 2004.

Kevin F. Rowe, Clerk

By _____
Deputy Clerk

Entered on Docket _____